UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA HARRISON , by her next friend and guardian, MARGUERITE HARRISON, <br><br> Plaintiff, <br><br> v. <br><br> CECILE YOUNG, in her official capacity as THE ACTING EXECUTIVE COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION <br><br> Defendant. | Cause No. 3:18-cv-01730-B |

## ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

CAME ON TO BE HEARD Plaintiff's Motion for Temporary Restraining Order (the "Motion"). After careful consideration of the evidence and arguments presented by the parties, the Court finds the Motion meritorious. Specifically, the Court finds that, on balance, Plaintiff has shown a sufficiently substantial likelihood that she will prevail on the merits, that irreparable harm will result if the Motion is not granted, that the threatened injury to her outweighs the threatened harm to Defendant, and that granting the Motion will not disserve the public interest. In particular, Plaintiff has shown that (1) her current care provider, Berry Family Services, Inc.,

1

has indicated its imminent intention to cease providing her with the care services she requires for

survival if the Motion is not granted, and (2) she faces irreparable harm, including an extreme

risk of death, if she does not continue to receive the referenced care services.

ACCORDINGLY, it is ORDERED, ADJUDGED, and DECREED that Defendant and

Defendant's agents are restrained from refusing to provide funding for Plaintiff's twenty-four

hour one-on-one licensed nursing care until a hearing may be held on Plaintiff's motion for a

preliminary injunction.  Defendant and Defendant's agents are thus enjoined to provide funding

for sixteen additional hours of licensed nursing care per day until a hearing may be held on

Plaintiff's motion for a preliminary injunction beyond any funding already provided for such

care.

JUDGE PRESIDING

July 16, 2018