# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA HARRISON,<br>by her next friend and guardian,<br>MARGUERITE HARRISON,<br><br>　　　Plaintiff,<br><br>v.<br><br>CECILE YOUNG, in her official capacity<br>as THE ACTING EXECUTIVE<br>COMMISSIONER, TEXAS HEALTH<br>AND HUMAN SERVICES COMMISSION<br><br>　　　Defendant. | § § § § § § § § § § § § § § § § § | Cause No. 3:18-cv-01730-B |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Barbara Harrison by and through her mother and legal guardian file this Notice of Voluntary Dismissal Without Prejudice. The Plaintiff Barbara Harrison filed her Complaint against Defendants Cecile Young et. al., Acting Executive Commissioner for the Texas Health and Human Services Commission on July 2, 2018; Defendants, however, have not served an answer or motion for summary judgement. Accordingly, this action is being dismissed without prejudice.

DATED: August 28, 2018

Respectfully Submitted,

/s/ Mark Whitburn
**Attorneys for Plaintiffs**
**Mark Whitburn**
Texas Bar No. 24042144
**Sean Pevsner**
Texas Bar No. 24079130
**Whitburn & Pevsner, PLLC**
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: (682) 706-3750
Fax: (682) 706-3789
mwhitburn@whitburnpevsner.com

**Garth Corbett**
Texas Bar No. 04812300
**Sean A. Jackson**
Texas Bar No. 24057550
**Disability Rights Texas**
2222 West Braker Lane
Austin, Texas 78757
Tel: (512) 454-4816
Fax: (512) 323-0902
gcorbett@disabilityrightstx.org

## CERTIFICATE OF SERVICE

I, Garth Corbett, hereby certify that all parties have been served through the Court's ECF system, or if such party does not accept service through the Court's ECF system, then by first class mail.

*/s/ Garth Corbett*
GARTH CORBETT
